Clara E. Sussin, Appellee, v. Victor Sussin, Appellant.

Gen. No. 43,354.

Heard in the second division, first district, this court at the April term, 1945; opinion filed November 6, 1945; released for publication November 20, 1945. Allen & Darlington, for appellant; Glynn J. Elliott, of counsel; Carleton L. Banker, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.